UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRAN HERNANDEZ, on behalf of her minor son RICHARD E. HERNANDEZ, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE,[1] Commissioner of Social Security, <br><br> Defendant. | Case No. EDCV 07-0022-RC <br><br><br> JUDGMENT |

IT IS ADJUDGED that Judgment shall be entered in favor of defendant.

DATED: August 15, 2008       /s/ ROSALYN M. CHAPMAN
                             ROSALYN M. CHAPMAN
                             UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to Fed. R. Civ. P. 25(d)(1), Michael J. Astrue is substituted as the defendant in the action.

R&R-MDO\07-0022.jud
8/14/08